

**Signed: March 19, 2010**

```
          _____
          RANDALL J. NEWSOME
          U.S. Bankruptcy Judge
          _____
```

PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    No. 09-44004 RN

**JOSEPH RICHARD GUADAGNI**                Chapter 13
**and DIANA RANE GUADAGNI,**
                                          ORDER MODIFYING CHAPTER 13 PLAN
                    Debtors.
_____/

The above named debtor having served a Motion to Modify Chapter 13 Plan on , 2009 and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Commencing February, 2010, debtors shall pay $500.00 per month to the Trustee. Any arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

Order Modifying Chapter 13 Plan                                Page 1 of 2

## COURT SERVICE LIST

**Attorney for Debtor**
Patrick L. Forte, Esq.
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtor**
Joseph & Diana Guadagni
2921 Honeysuckle Cir.
Antioch, CA 94531

Order Modifying Chapter 13 Plan                                                                 Page 2 of 2