ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Joseph Richard Guadagni and Diana Rane Guadagni,<br><br>                Debtors.<br><br>Carrington Mortgage Services, LLC, servicer and attorney in fact for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-1, and its successors and/or assignees,<br><br>                Movant,<br><br>vs.<br><br>Joseph Richard Guadagni and Diana Rane Guadagni, Debtors, and Martha G. Bronitsky, Trustee,<br><br>                Respondents. | Bankruptcy Case No. 09-44004<br><br>RS No.   ETL-827<br><br>Chapter 13<br><br>**CARRINGTON MORTGAGE SERVICES'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: July 20, 2011<br>TIME: 10:30 A.M.<br>CTRM: 220 |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

        Carrington Mortgage Services, LLC, servicer and attorney in fact for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-1, and its successors and/or assignees ("Carrington Mortgage Services"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case

so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 2921 Honeysuckle Circle, Antioch, CA 94531.

Debtors in the above numbered Chapter 13 Case has failed to make post-petition payments.

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

DATED: June 27, 2011           Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Erica T. Loftis*
    ERICA T. LOFTIS
    Attorneys for Movant