```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors

 6

 7

 8                     UNITED STATES BANKRUPTCY COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10  In re:                                Case No. 09-44004 WJL

11  JOSEPH RICHARD GUADAGNI and           Chapter 13
    DIANA RANE GUADAGNI,
12
                                          CERTIFICATE OF SERVICE
13            Debtors.
                                          _____
14  _____/

15      My place of business is in the County of Alameda; I am over the
    age of 18 years and not a party to the within action; my business
16  address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

17  On August 8, 2011 I served the within;

18  **Declaration of Debtor in Support of Debtors' Motion to Value Lien with
    Corrected Exhibit A**
19

20  on the below-named in this action by placing a true copy thereof in a
    sealed envelope with first-class postage thereon fully paid in the
21  United States Mail at Oakland, CA addressed as follows:

22  Attn: Officer or Managing Agent
    Springleaf Financial Services, Inc.
23  601 NW Second Street
    Evansville, IN 47708
24
    Attn: Officer or Managing Agent
25  Springleaf Financial Services, Inc.
    C/o CT Corporation System
26  818 W Seventh St
    Los Angeles, CA 90017
```

Page 1 of 2

Case: 09-44004    Doc# 39    Filed: 08/08/11    Entered: 08/08/11 16:42:58    Page 1 of 2

| | |
|---|---|
| 1 | Attn: Officer or Managing Agent<br>American General Finance |
| 2 | PO Box 3251<br>Evansville, IN 47731 |
| 3 | |
| 4 | Attn: Officer or Managing Agent<br>American General Finance, Inc.<br>601 N.W. 2nd Street |
| 5 | Evansville, IN 47708 |
| 6 | Attn: Officer or Managing Agent<br>American General Finance, Inc. |
| 7 | C/o CT Corporation System<br>818 W Seventh St |
| 8 | Los Angeles, CA 90017 |
| 9 | Attn: Officer or Managing Agent<br>Carrington Mortgage Services, LLC |
| 10 | 1610 East Saint Andrew Place, Suite B150<br>Santa Ana, CA 92705 |
| 11 | |
| 12 | Attn: Officer or Managing Agent<br>Carrington Mortgage Services, LLC<br>C/o CT Corporation System |
| 13 | 818 West Seventh St.<br>Los Angeles, CA 90017 |
| 14 | |
| 15 | Attn: Erica Loftis<br>Carrington Mortgage Services, LLC<br>C/o Malcolm Cisneros, A Law Corporation |
| 16 | 2112 Business Center Drive, Second Floor<br>Irvine, CA 92612 |
| 17 | |
| 18 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 19 | Dated: August 8, 2011       /s/  April Tang_____<br>                              APRIL TANG |