

```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480         The following constitutes the order of the court.
 3  Oakland, CA 94612              Signed July 23, 2014
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354
                                   _____
 5  Attorneys for Debtors          William J. Lafferty, III
                                   U.S. Bankruptcy Judge
 6
 7
 8                   UNITED STATES BANKRUPTCY COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10  In re:                              Case No. 09-44004 WJL
11  JOSEPH RICHARD GUADAGNI and         Chapter 13
    DIANA RANE GUADAGNI,
12
                                        JUDGMENT VOIDING LIEN OF LVNV
13          Debtors.                    FUNDING LLC AS SUCCESSOR IN
                                        INTEREST TO AMERICAN GENERAL
14                                      FINANCE DBA AMERICAN GENERAL
                                        FINANCIAL SERVICES, INC. AND
15  _____/   ITS SUCCESSORS IN INTEREST
```

On September 8, 2011, this court entered an ORDER VALUING LIEN OF AMERICAN GENERAL FINANCE DBA AMERICAN GENERAL FINANCIAL SERVICES, INC. against certain property of Debtors for purposes of this chapter 13 case. LVNV Funding LLC is the successor in interest to American General Finance. That order was subject to being set aside until Debtors obtained a discharge in this chapter 13 case. Debtors having obtained discharge, the court now therefore enters the following judgment:

The second lien of LVNV Funding LLC as successor to American General Finance dba American General Financial Services, Inc. and its

successors in interest regarding the property commonly known as 2921 Honeysuckle Circle, Antioch, CA 94531, and which was recorded in Contra Costa County on or about May 23, 2006 as document 0162014-00, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

COURT SERVICE LIST

Joseph and Diana Guadagni
2921 Honeysuckle Circle
Antioch, CA 94531

Joseph and Diana Guadagni
2632 Spyglass Dr.
Brentwood, CA 94513

Attn: Officer or Managing Agent
Resurgent Capital Services LP
55 Beattie Pl
Ste 110 MS 425
Greenville, SC 29601

Attn: Officer or Managing Agent
Resurgent Capital Services LP
C/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833

Attn: Susan Gaines
LVNV Funding LLC
C/o Resurgent Capital Services
PO Box 10675
Greenville, SC 29603-0587